# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

09-5121, 10-5029

### ARKANSAS GAME & FISH COMMISSION,

*Plaintiff - Cross-Appellant,*

v.

### UNITED STATES,

*Defendant – Appellant.*

Appeal from the United States Court of Federal Claims in No. 05-CV-381, Judge Charles F. Lettow.

## **MANDATE**

In accordance with the judgment of this Court, entered December 03, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court