IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-381L

(Filed: September 24, 2014)

| | |
|---|---|
| ARKANSAS GAME & FISH COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>                Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

ORDER FOR FINAL JUDGMENT

The court acknowledges the Joint Status Report filed by the parties on September 15, 2014.  Two days later, on September 17, 2014, the parties filed a Joint Settlement Agreement, specifying that the parties have agreed that the government will pay the plaintiff $2,100,000.00 for attorneys' fees and litigation costs incurred in this case.  In a joint status conference held today, September 24, 2014, the parties indicated that the court may issue a final judgment based upon the Joint Settlement Agreement.[1]

Accordingly, the court awards plaintiff $2,100,000.00 in attorneys' fees and litigation costs pursuant to the Uniform Relocation Assistance Act, 42 U.S.C. § 4654(c). The clerk shall enter final judgment for plaintiff and against the government for the specified amount.

It is so ORDERED.

                                                  s/ Charles F. Lettow
                                                  Charles F. Lettow
                                                  Judge

---

[1] The plaintiff's Motion to Reinstate Briefing Schedule is therefore DENIED as moot.